**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**LOUIS DECKER,**

                    **Plaintiff,**

         **v.**                                        **1:12-CV-1107**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

                    **Defendant.**

_____

**APPEARANCES:**                              **OF COUNSEL:**

Legal Aid Society of Northeastern NY -        Mary Martha Withington, Esq.
Saratoga Springs
112 Spring Street
Suite 109
Saratoga Springs, NY 12866
Counsel for Plaintiff

Social Security Administration                Sixtina Fernandez, Esq.
Office of Regional General Counsel            Special Assistant U.S. Attorney
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, SENIOR U. S. DISTRICT JUDGE**

## **ORDER**

The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini, duly filed on the 19th day of November 2013.  Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendant is granted judgment on the pleadings. Plaintiff's motion is denied and the case is dismissed.

3. The Clerk of the Court shall enter judgment accordingly and serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  December 11, 2013
      Syracuse, New York

Norman A. Mordue
Senior U.S. District Judge